004359

Order issued October 9 , 2012



In The
# Court of Appeals
## Fifth District of Texas at Dallas

No. 05-12-01334-CV

**IN RE TERRY DAVIS, Relator**

**Original Proceeding from the 422nd Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 23110-422**

## ORDER

Before Justices Morris, Richter, and Lang-Miers

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.

We **ORDER** that relator bear the costs of this original proceeding.

ELIZABETH LANG-MIERS
JUSTICE